Deborah Rosenthal (# 184241)
drosenthal@simmonsfirm.com
Paul J. Hanly, Jr.   (*pro hac vice*)
phanly@simmonsfirm.com
Mitchell M. Breit (*pro hac vice*)
mbreit@simmonsfirm.com
**SIMMONS HANLY CONROY LLC**
455 Market Street, Suite 1150
San Francisco, California 94105
Phone: (415) 536-3986
Fax: (415) 537-4120

Gregory F. Coleman (*pro hac vice*)
**GREG COLEMAN LAW PC**
First Tennessee Plaza
800 S. Gay Street, Suite 1100
Knoxville, Tennessee 37929
Telephone:  (865) 247-0080
Facsimile:  (865) 533-0049
greg@gregcolemanlaw.com
**Attorneys for the Plaintiffs**

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA CAUDLE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GEL SPICE CO., INC.; BIG LOTS STORES, INC.; GROCERY OUTLET, INC.; and DOES 1-10;<br><br>Defendants. | Civil Action No.  4:16-cv-07146-JSW<br><br>**[PROPOSED] ORDER GRANTING PARTIES' STIPULATED REQUEST FOR ORDER ALLOWING PLAINTIFF LEAVE TO FILE FIRST AMENDED COMPLAINT;  DISMISSING DEFENDANT GROCERY OUTLET, INC. WITH PREJUDICE; AND ALLOWING DEFENDANTS UNTIL APRIL 28, 2017 TO RESPOND TO THE FIRST AMENDED COMPLAINT** |

1

The stipulation of the parties, seeking to: (1) allow Plaintiff to file the proposed First Amended Complaint; (2) allow Defendants Gel Spice Co., Inc. and Big Lots Stores, Inc. until April 28, 2017 to respond to the First Amended Complaint; and (3) dismiss Defendant Grocery Outlet, Inc. with prejudice, has been considered and approved by this Court, and PURSUANT TO STIPULATION, IT IS ORDERED THAT:

1.  Leave to file the proposed First Amended Complaint is granted. Plaintiff shall file her First Amended Complaint within five (5) court days of this Order.

2.  Defendants' pending motions against Plaintiff's Complaint (Dkts. 17 and 19) are taken off calendar as moot, and Defendants' may file a response to the First Amended Complaint, including any motions to dismiss and/or strike, until and including April 28, 2017.

3.  Plaintiff's claims against Grocery Outlet, Inc., are dismissed with prejudice.  Each party (namely, Plaintiff and Defendant Grocery Outlet, Inc.) shall bear its own fees and costs associated with Plaintiff's Complaint against this defendant.

IT IS SO ORDERED.

Dated:_April 3, 2017___                                    _____
                                                           Hon. Jeffrey S. White,
                                                           United States District Judge

2

[PROPOSED] ORDER GRANTING PARTIES' STIPULATED REQUEST RE FILING AMENDED COMPLAINT, DISMISSING GROCERY OUTLET, INC. WITH PREJUDICE, AND ALLOWING DEFENDANTS UNTIL APRIL 28, 2017 TO RESPOND TO THE FIRST AMENDED COMPLAINT