Deborah Rosenthal (# 184241)
drosenthal@simmonsfirm.com
Paul J. Hanly, Jr.   (*pro hac vice*)
phanly@simmonsfirm.com
Mitchell M. Breit (*pro hac vice*)
mbreit@simmonsfirm.com
**SIMMONS HANLY CONROY LLC**
455 Market Street, Suite 1150
San Francisco, California 94105
Phone: (415) 536-3986
Fax: (415) 537-4120

Gregory F. Coleman (*pro hac vice*)
**GREG COLEMAN LAW PC**
First Tennessee Plaza
800 S. Gay Street, Suite 1100
Knoxville, Tennessee 37929
Telephone:  (865) 247-0080
Facsimile:  (865) 533-0049
greg@gregcolemanlaw.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| PAMELA CAUDLE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GEL SPICE CO., INC.; BIG LOTS STORES, INC.; and DOES 1-10;<br><br>Defendants. | Case No. 4:16-CV-07146<br><br>**STIPULATION OF DISMISSAL**<br><br>Complaint Filed:  December 14, 2016<br>Trial Date:  None Set |

Plaintiff filed this lawsuit on December 14, 2016 against Gel Spice Co., Inc. ("Gel Spice"), Big Lots Stores, Inc. ("Big Lots") and Grocery Outlet, Inc.[1], alleging that Gel Spice's turmeric products sold at Big Lots and elsewhere contained elevated levels of lead ("Recalled Products")

---

[1] Grocery Outlet, Inc. was dismissed with prejudice by order dated April 3, 2017 (ECF 35).

1

STIPULATION OF VOLUNTARY DISMISSAL

and, therefore, Plaintiff and members of the proposed classes purportedly did not receive the benefit of their bargain. Claims are currently asserted on behalf of a proposed class of California consumers seeking compensation for the Recalled Products. Concurrently with substantial motion practice, the parties have engaged in discussions concerning the alleged claims and have preliminarily exchanged certain documents and information.

Gel Spice has conducted a nationwide recall of the Recalled Products and Gel Spice and Big Lots have provided (and continue to provide) full refunds to consumers who purchased the Recalled Products.

Plaintiffs' Counsel, consisting of experienced lawyers, have conducted an investigation and verified that: (i) Gel Spice and Big Lots comported with federal law in recalling the Recalled Products; and (ii) Gel Spice and Big Lots have given and continue to give refunds to purchasers of the Products, thereby fully reimbursing consumers for their out-of-pocket costs.

**Now, therefore,**

The parties hereby stipulate and agree to voluntarily dismiss the above-captioned action with prejudice as to Plaintiff and without prejudice as to the members of the proposed class pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

DATED: 10/19, 2017           GREG COLEMAN LAW PC

By: _Gregory F. Coleman (nmns)_
Gregory F. Coleman
Attorneys for Plaintiff Pamela Caudle, individually and on behalf of others similarly situated

DATED: 10/18, 2017           SIMMONS HANLEY CONROY LLC

By: _____
Deborah R. Rosenthal
Attorneys for Plaintiff Pamela Caudle, individually and on behalf of others similarly situated

DATED: 10/30, 2017       BLANK ROME LLP

By: _____
Jonathan Loeb
Cheryl S. Chang
Ghazal Tajmiri
Attorneys for Defendants
GEL SPICE CO., INC. and BIG LOTS STORES, INC.

3
STIPULATION OF VOLUNTARY DISMISSAL